UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEEN D. FAIRLY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | 1:95-cr-005193 LJO<br><br>**ORDER DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY** |

　　　　On February 23, 2015, Rasheen D. Fairly ("Petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("§ 2255"). Doc. 291. This was Petitioner's <u>third</u> § 2255 motion. The first, filed October 15, 1998, Doc. 214, was denied on December 14, 1998; the second, filed June 22, 2010, Doc. 268, was denied on June 28, 2010 for lack of subject matter jurisdiction because Petitioner had not obtained leave from the Court of Appeals to file a second § 2255 motion. Doc. 269. On February 26, 2015, he third was dismissed for the same reason. Doc. 292. On March 12, 2015, Petitioner filed a notice of appeal. Doc. 293. On April 1, 2015, the Court of Appeals remanded this case to the district court for the limited purpose of addressing whether a certificate of appealability should issue. Doc. 296.

　　　　This Court hereby declines to issue a certificate of appealability. A § 2255 movant cannot appeal from the denial or dismissal of his § 2255 motion unless he has first obtained a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability will issue only when a movant has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To satisfy this standard when the court has dismissed a § 2255 motion (or claims within a §

1

1  2255 motion) on procedural grounds, the movant must show that reasonable jurists would find debatable (1) whether the court was correct in its procedural ruling, and (2) whether the motion states a valid claim of the denial of a constitutional right. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Here, no reasonable jurist would find dismissal of Petitioner's third § 2255 motion debatable. Therefore, no certificate of appealability will issue.

IT IS SO ORDERED.

Dated:   **April 2, 2015**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE