HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RASHEEN D. FAIRLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 95-5193 DAD 1 |
| Plaintiff, | **ORDER EXTENDING TIME TO FILE REPLY** |
| v. | |
| RASHEEN D. FAIRLY, | Judge: Honorable DALE D. DROZD |
| Defendant. | |

Pursuant to Defendant's unopposed request, and good appearing therefor, the request to extend time to file the reply to the government's opposition to the motion for reduction in sentence is **GRANTED**. The reply is due on or before January 4, 2021

IT IS SO ORDERED.

Dated:  **December 21, 2020**  
_____
UNITED STATES DISTRICT JUDGE

*United States v. Rasheen D. Fairly*,                    [lodged] Order Extending Time to File Reply
Cr. F 95-5193 DAD 1