HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RASHEEN D. FAIRLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RASHEEN D. FAIRLY,<br><br>Defendant. | No. Cr. F 95-5193 DAD<br><br>**ORDER EXTENDING TIME TO FILE REPLY**<br><br>Judge: Honorable DALE A. DROZD |

Pursuant to Defendant's unopposed request, and good appearing therefor, the request to extend time to file the reply to the government's opposition to the motion for reduction in sentence is **GRANTED**. The reply is due on or before January 11, 2021.

IT IS SO ORDERED.

Dated: **December 30, 2020**

UNITED STATES DISTRICT JUDGE

*United States v. Rasheen D. Fairly*,　　　　　　　　　[lodged] Order Extending Time to File Reply
Cr. F 95-5193 DAD   1