# UNITED STATES DISTRICT COURT
for the

Eastern  District of  California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 1:95-05193 DAD 1 |
| RASHEEN D. FAIRLY | ) |
| | ) USM No: 56924-097 |
| Date of Original Judgment: 11/04/1996 | ) |
| Date of Previous Amended Judgment: | ) David M. Porter, AFD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO FIRST STEP ACT, P.L. 115-391, § 404

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  life  **is reduced to**  time served  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant's previously imposed 120-month term of supervised release shall remain in full force and effect. The conditions of defendant's previously imposed 120-month term of supervised release are amended as provided in the attachment hereto.

Except as otherwise provided, all provisions of the judgment dated  November 4, 1996  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  September 1, 2022

*Dale A. Drozd*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Dale A. Drozd, U.S. District Judge
*Printed name and title*